and fifth defenses only, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. The defenses as to lack of consideration, as to the Statute of Limitations, and as to the nullity of the agreement if it were made in consideration of future separation are sufficiently pleaded to bear proof of facts to sustain them. The fourth and fifth defenses based on laches are not well pleaded. The facts which are alleged in support of these defenses fail to constitute matter which would defeat plaintiff's claim even if proven as set forth in the answer. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN BOIDAK, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SAMUEL REICH, Appellant, v. ALBRIGHT BAG AND PAPER CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES SMALL, Appellant.— Judgment reversed and a new trial ordered on the ground that the judgment is against the weight of the evidence. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ELEANOR GUMPERTZ and MILTON A. GUMPERTZ, Respondents, v. NATHAN REISLER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SEIDLITZ & VAN BAARN, INC., Appellant, v. MITCHELL L. ERLANGER, Respondent, Impleaded with Another.— Order modified by striking out that portion of paragraph 79 of the amended answer known as subdivisions 1, 2, 3, 4 and 5, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SEIDLITZ & VAN BAARN, INC., Plaintiff, v. MITCHELL L. ERLANGER, Respondent, and PAUL S. VAN BAARN, Appellant.— Order modified by striking out that portion of paragraph 79 of the amended answer known as subdivisions 1, 2, 3, 4 and 5, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application for Letters of Administration on the Goods, Chattels and Credits of JOHN KASSAM, Deceased.— Decree so far as appealed from affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ. [141 Misc. 366.]

JOSEPH JACOBSON, Respondent, Appellant, v. YELLOW TAXI CORPORATION, Defendant, Respondent, and ESBY SERVICE CORPORATION, Defendant, Appellant, Respondent.— Judgment and order affirmed, with costs to the plaintiff against the defendant Esby Service Corporation, and with costs to the defendant Yellow Taxi Corporation against the plaintiff. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

NATIONAL SURETY COMPANY, Respondent, v. THE TOTTENVILLE NATIONAL BANK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MODEL BRASSIERE COMPANY, INC., Appellant, v. MAIDEN FORM BRASSIERE